UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CYNTHIA EDMONSTON,

        Plaintiff,

-vs-                                        Case No. 6:04-cv-566-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

    This case is before the Court on Plaintiff's Complaint seeking review of Defendant's denial of Plaintiff's application for Social Security benefits (Doc. No. 1, filed April 20, 2004). The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner of Social Security be affirmed.

    After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed July 5, 2005 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The decision of the Commissioner of Social Security is **AFFIRMED**. The Clerk of Court is directed to enter judgment, terminate all pending motions, and close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___21___ day of July, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party